4

763 A.2d 747

IN THE MATTER OF NATHANIEL K. CHARNY,
AN ATTORNEY AT LAW.

January 2, 2001.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **NATHANIEL K. CHARNY** of **NEW YORK, NEW YORK,** who was admitted to the bar of this State in 1992, and who was suspended from the practice of law for a period of eighteen months retroactive to May 17, 1999, by Order of this Court dated November 14, 2000, be restored to the practice of law, effective immediately.

763 A.2d 747

IN THE MATTER OF GLENN W. BANKS,
AN ATTORNEY AT LAW.

January 2, 2001.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **GLENN W. BANKS** of **WYCKOFF,** who was admitted to the bar of this State in 1982, and who was suspended from the practice of law for a period of two years retroactive to April 3, 1997, by Order of this Court dated September 10, 1998, be restored to the practice of law, effective immediately.